Boyrazoglu Tarim Ticaret Sanayi Ltd. Sti v Ingredientrade.com, Inc. (2024 NY Slip Op 00856)

Boyrazoglu Tarim Ticaret Sanayi Ltd. Sti v Ingredientrade.com, Inc.

2024 NY Slip Op 00856

Decided on February 20, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 20, 2024

Before: Webber, J.P., Gesmer, González, Pitt-Burke, Rosado, JJ. 

Index No. 657729/19 Appeal No. 1709 Case No. 2023-04462 

[*1]Boyrazoglu Tarim Ticaret Sanayi Ltd. Sti, Doing Business as Boyraz Ltd., Plaintiff-Respondent,
v
Ingredientrade.com, Inc., Doing Business as Ingredientrade Inc., etc., et al., Defendants-Appellants.

Hang & Associates, PLLC, Flushing (Ge Qu of counsel), for appellants.
Mark Bastian, New York, for respondent.

Order, Supreme Court, New York County (Dakota D. Ramseur, J.), entered April 20, 2023, which granted plaintiff's motion for summary judgment on its breach of contract claim and directed entry of judgment in the amount of $131,405.85, unanimously affirmed, with costs.
Plaintiff met its prima facie burden of demonstrating that defendants owed it $131,405.85 for shipments of apple juice concentrate. In opposition, defendants admitted that it owed $103,880.15 but asserted unsubstantiated claims to credits amounting to about $27,436. Absent any business records or other documents supporting defendants' credit claims, the court properly granted plaintiff's motion for summary judgment (see Republic W. Ins. Co. v RCR Bldrs., 268 AD2d 574, 575 [2d Dept 2000]; see generally Trager Glass & Co. v Statbrook Contr. Corp., 197 AD2d 476 [1st Dept 1993]; cf. IRB-Brasil Resseguros S.A. v Eldorado Trading Corp. Ltd., 68 AD3d 576, 577 [1st Dept 2009]). THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 20, 2024